UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AUGUSTEA ATLANTICA SRL          :

         Plaintiff,          :

- against -                                     08 CV 3155

STX PANOCEAN CO., LTD.          :

         Defendant.          :
------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: March 28, 2008
New York, NY

                                        The Plaintiff,
                                        AUGUSTEA ATLANTICA SRL

                                        By: *[signature]*
                                        Claurisse Campanale-Orozco (CC 3581)
                                        Thomas L. Tisdale (TT 5263)
                                        TISDALE LAW OFFICES, LLC
                                        11 West 42nd Street, Suite 900
                                        New York, NY 10036
                                        (212) 354-0025 – phone
                                        (212) 869-0067 – fax
                                        corozco@tisdale-law.com
                                        ttisdale@tisdale-law.com