Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AUGUSTEA ATLANTICA SRL            :

          Plaintiff,            :

     - against -            :

STX PANOCEAN CO., LTD.            :

          Defendant.            :
-----------------------------------------------------X

**JUDGE COTE**

08 CV 3155
08 ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(C)**

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to March 28, 2008, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process, including any amended pleadings filed herein, upon Defendant herein and upon the garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by Plaintiff, may hold assets for or on account of the Defendant; and,

*subject to amendment by the garnishee,*

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the

garnishee(s) / banking institutions continuously throughout the day, any copy of the Process of    *dlc*

Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed

effective and continuous throughout any given day.

Dated: *March 31, 2008*

SO ORDERED,

_____,
United States District Judge

2